**MEMO ENDORSED**

# LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500
FACSIMILE: (212) 687-1505
www.liddlerobinson.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 27 2012

MIRIAM M. ROBINSON (RETIRED)

BLAINE H. BORTNICK
DAVID I. GREENBERGER
MICHAEL E. GRENERT
JAMES W. HALTER
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK
CHRISTINE A. PALMIERI
ANDREA M. PAPARELLA
MARC A. SUSSWEIN

splesser@liddlerobinson.com

SHERRY M. SHORE
MATTHEW J. MCDONALD
GEOFFREY R. BOWSER
JENNIFER RODRIGUEZ
SAMANTHA L. PLESSER
J.R. ROTHSTEIN*
ROBERT L. ADLER

*AWAITING ADMISSION
TO NEW YORK BAR

September 26, 2012

**BY EMAIL**
Hon. Alison J. Nathan, U.S.D.J.
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Eric Remole v. J.P. Morgan Chase & Co., J.P. Morgan Asset Management
Case No. 1:12-cv-06381 (AJN)

Dear Judge Nathan:

We represent Plaintiff, Eric Remole, in the above-referenced matter. On September 19, 2012 the parties submitted a joint letter requesting that the October 19, 2012 Initial Pretrial Conference be adjourned. They proposed the following dates: October 26, 2012, November 2, 2012, and January 11, 2012. On the same date, the Court rescheduled the Initial Pretrial Conference for November 7, 2012.

Plaintiff's counsel has previously scheduled arbitration hearings in another matter on November 7. Therefore, we respectfully ask that the Court reconsider the dates proposed in the parties' September 19 joint letter.

Respectfully submitted,

Samantha L. Plesser

cc: Jeremy M. Brown, Esq.

SO ORDERED: 9/27/12

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

The initial pretrial conference set for 11/7/12 is now re-scheduled for Friday 11/2/12 at 2:15pm.